# EXHIBIT A



New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, New York 10004
212.607.3300
212.607.3354
www.nyclu.org

March 11, 2025

Jeffrey Oestericher
Brandon Waterman
Office of the United States Attorney for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

  Re: **1:25-cv-01935-JMF** (*M.K. v. Joyce et al.*)
    Service of Petition and Other Papers

Counsel,

Along with co-counsel listed in the enclosed documents, we represent Mr. Mahmoud Khalil in the above-captioned case. Pursuant to the Court's instructions in its Notice of Conference (ECF 9), counsel Baher Azmy served you with a copy of the following documents by email on Monday, March 10:

- Petitioner's Petition for a Writ of Habeas Corpus (ECF 2)
- Civil Cover Sheet (ECF 3)
- Court's Notice of Conference (ECF 9)
- Petitioner's Motion to Compel Respondents to Return Petitioner to this District (ECF 11)
- Declaration of Amy Greer (ECF 11-1)

We now provide you with hard copies of the same, along with a copy of Mr. Azmy's March 10 email.

COPY RECEIVED

MAR 1 / 2025

U.S. ATTORNEY'S OFFICE SDNY

Sincerely,

Bobby Hodgson
Assistant Legal Director
New York Civil Liberties Union Foundation

*Co-counsel to Petitioner*

Gary Dowling
Mail Clerk
03/11/25 1104