AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mahmoud KHALIL )<br>*Plaintiff* )<br>v. )<br>William P. JOYCE, et al. )<br>*Defendant* ) | Case No. 25-cv-1935 (JMF) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil (petitioner)                                                                                               .

Date:   03/11/2025

/s/ Veronica Salama
*Attorney's signature*

Veronica Salama, 5953898
*Printed name and bar number*
New York Civil Liberties Union Foundation
125 Broad Street, Floor 19
New York, New York, 10004

*Address*

vsalama@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*