IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Mahmoud Khalil,

        *Petitioner*,

v.

William P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, *et al*.,

        *Respondents*.

Civil Action No. 25-cv-1935

## NOTICE OF APPEARANCE

Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of MAHMOUD KHALIL and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I am an attorney in good standing in the state of New York, as well as the United States District Court for the Southern District of New York.

Dated: New York, New York
       March 12, 2025

_____
JOSHUA L. DRATEL
Dratel & Lewis
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707
jdratel@dratellewis.com