IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud Khalil,<br><br>    *Petitioner*,<br> v.<br><br>William P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, *et al.*,<br><br>    *Respondents*. | Civil Action No. 25-cv-1935 |

### NOTICE OF APPEARANCE

 Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of MAHMOUD KHALIL and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

 I am an attorney in good standing in the state of New York, as well as the United States District Court for the Southern District of New York.

Dated: New York, New York
   March 12, 2025

                    /s/ Lindsay A. Lewis
                    LINDSAY A. LEWIS
                    Dratel & Lewis
                    29 Broadway, Suite 1412
                    New York, New York 10006
                    (212) 732-0707
                    llewis@dratellewis.com