```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SHEIKH SURAIVA,

            Plaintiff,

      v.                              18 CV 6628 (JMF)

THOMAS CIOPPA and JEFFERSON
SESSIONS,

            Defendants.
------------------------------x
                                      New York, N.Y.
                                      July 31, 2018
                                      2:30 p.m.
Before:

                  HON. JESSE M. FURMAN,

                                      District Judge

                        APPEARANCES

DAVID RODKIN
      Attorney for Plaintiff

UNITED STATES ATTORNEY'S OFFICE
FOR THE SOUTHERN DISTRICT OF NEW YORK
      Attorneys for Defendants
BY:   BRANDON MATTHEW WATERMAN
```

1                (Case called)

2                THE DEPUTY CLERK:  Counsel, please state your name for
3     the record.

4                MR. RODKIN:  David Rodkin.

5                THE COURT:  Good afternoon, Mr. Rodkin.

6                MR. WATERMAN:  Assistant United States Attorney
7     Brandon Waterman on behalf of the government.

8                THE COURT:  Good afternoon, Mr. Waterman.

9                Let me thank you, Mr. Waterman.  First I don't know if
10    you would have been assigned to this case regardless, but in
11    any event, I know that you stepped into it after my chambers
12    contacted you in an effort to get somebody here on behalf of
13    the government.  So I appreciate your stepping in so quickly.

14               I got your letters of yesterday, the joint letter and
15    petitioner's supplemental letter.

16               Mr. Rodkin, I'm going to be blunt.  I don't think this
17    is the proper jurisdiction for this case.

18               MR. RODKIN:  Yes, Judge.

19               THE COURT:  You agree?

20               MR. RODKIN:  No.  I understand.

21               THE COURT:  I've ruled on this issue before in a case
22    cited by Mr. Waterman, *Singh v. Holder*, 2012 WL 5878677,
23    holding squarely in a case bringing pretty much the same exact
24    nature of claim that the immediate custodian rule applies to
25    challenges of this nature and that jurisdiction is proper only

1   in the district where the immigrant is detained.
2               I think applying that rule here, it's quite clear to
3   me that this is properly brought in New Jersey and not properly
4   brought here.  I'm open to your arguments to the contrary.  I
5   read the summary of your arguments, and I just don't see how
6   any of them gets you past that problem.  It seems to me that
7   that settles the matter.
8               Mr. Waterman proposes briefing a motion.  Candidly, I
9   think it's going to end up in the same place a month from now,
10  and I'm trying to figure out why your client wouldn't just
11  prefer to have the case transferred and proceed directly in New
12  Jersey or dismissed and you can re-file it in New Jersey.
13              MR. RODKIN:  The problem is she has to --
14              THE COURT:  Can you use the microphone, please.
15              MR. RODKIN:  The problem is she has to find new
16  counsel in New Jersey, and that's very difficult for her.
17              THE COURT:  I certainly understand that, and I'm
18  sympathetic.  I understand from your letter that you're not
19  admitted in New Jersey and, therefore, couldn't represent her
20  there.
21              I imagine you could help her find new counsel, and the
22  fact that you're not admitted in New Jersey is not a basis for
23  me to exercise jurisdiction in a case where the law says that I
24  don't have jurisdiction.
25              I think in fact my order misspoke in referring to it

1  as an issue of venue.  I think it's really a jurisdictional
2  issue.  I just don't see the basis to proceed here.
3              MR. RODKIN:  Okay, Judge.
4              THE COURT:  Would you prefer that I transfer it, or
5  would you prefer that I dismiss it?
6              MR. RODKIN:  I'd prefer you transfer it, Judge.
7              THE COURT:  Mr. Waterman, I assume no objection to
8  granting the relief that you're going to seek this week?
9              MR. WATERMAN:  No objection, your Honor.
10             THE COURT:  I am going to transfer it pursuant to my
11 opinion in *Singh*.  I do conclude that I lack jurisdiction and
12 that jurisdiction is proper only in the jurisdiction of New
13 Jersey.  To save time and trouble, I'll order that the case be
14 transferred to that district.  I'll enter an order districting
15 the clerk to do so forthwith.
16             MR. RODKIN:  What district is that in New Jersey
17 you're transferring it to, Judge?
18             THE COURT:  There is only one district in New Jersey.
19             MR. RODKIN:  The district court in New Jersey.
20             THE COURT:  Correct.  I don't know what courthouse it
21 is.  I don't know how they do things over there.  I'll leave
22 that to you all to figure out.
23             MR. RODKIN:  Okay.
24             THE COURT:  Thank you very much.  We are adjourned.
25             MR. WATERMAN:  Thank you, your Honor.