UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>    *Respondents*. | Case No. 25-CV-01935 (JMF) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

Before the Court is a Motion to Withdraw Kyle Barron of The Legal Aid Society as Counsel and terminate representation as counsel of record for Petitioner in the above-captioned proceeding. The Court has determined that the motion should be granted.

**IT IS HEREBY ORDERED** that Kyle Barron is withdrawn as counsel for Petitioner and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding. The Clerk of Court is directed to terminate ECF No. 33.

    SO ORDERED.

_____
United States District Judge

Dated:   March 13, 2025