

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 13, 2025

<u>By ECF</u>
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *Khalil v. Joyce*, 25-cv-1935 (JMF)

Dear Judge Furman:

     This office represents the government in this case.  We write respectfully to notify the Court that we have filed a Supplemental Declaration of William P. Joyce (ECF No. 36) to clarify and correct the first sentence in paragraph 7 of the Joyce Declaration (ECF No. 32), which we filed yesterday in support of our motion to dismiss or transfer.  Paragraph 4 of the Supplemental Joyce Declaration provides the amended statement.  We further note that in reciting the factual background in the government's memorandum of law in support of its motion (ECF No. 31)—specifically, the third sentence on page two of the brief—we tracked the language of paragraph 7 of the Joyce Declaration, which should now contain the language in paragraph 4 of the Supplemental Joyce Declaration.

     We apologize to the Court for the error and inconvenience, and we thank the Court for its consideration of this matter.

              Respectfully submitted,

              MATTHEW PODOLSKY
              Acting United States Attorney for the
              Southern District of New York

    By:    <u>*/s/ Brandon M. Waterman*</u>
              JEFFREY OESTERICHER
              BRANDON M. WATERMAN
              Assistant United States Attorneys
              86 Chambers Street, Third Floor
              New York, New York 10007
              Telephone: (212) 637-2695/2743

cc: Counsel of Record (by ECF)