

New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, New York 10004
212.607.3300
212.607.3354
www.nyclu.org

March 13, 2025

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthose
40 Foley Square
New York, NY 10007

      Re:    **1:25-cv-01935-JMF** (*Khalil v. Trump et al.*)
              Redline of Amended Petition

Judge Furman,

Pursuant to this Court's Individual Rule 1B, counsel submits this redline document showing the amendments comparing the petitioner's original petition and his just-filed amended petition.

Thank you for your consideration of this filing.


Sincerely,

Bobby Hodgson
Assistant Legal Director
New York Civil Liberties Union Foundation

*Co-counsel to Petitioner*