# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

| | | |
|---|---|---|
| MAHMOUD KHALIL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-CV-1935 |
| WILLIAM P. JOYCE et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil  (Petitioner)                                                                                                          .

Date:        03/14/2025                                         /s/ Mudassar Hayat Toppa
                                                                        *Attorney's signature*

                                                              Mudassar Hayat Toppa, 5748926
                                                                *Printed name and bar number*
                                                                Main Street Legal Services, Inc.
                                                                CUNY School of Law
                                                                2 Court Square, 5th Floor
                                                                Long Island City, NY 11101

                                                                             *Address*

                                                              Mudassar.Toppa@law.cuny.edu
                                                                        *E-mail address*

                                                                    (718) 340-4021
                                                                    *Telephone number*

                                                                    (718) 340-4478
                                                                        *FAX number*