**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mahmoud KHALIL, <br><br> *Petitioner*, <br><br> v. <br><br> Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice, <br><br> *Respondents*. | Case No. 25-cv-01935 |

**DECLARATION OF SAMAH SISAY**

I, Samah Sisay, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Samah Sisay. I am a licensed attorney in good standing in the state of New York. I am an attorney of record in the above-captioned case.
2. I represent the petitioner, Mahmoud Khalil, in this action.
3. I submit the following redacted documents in support of Mr. Khalil's motion for release under *Mapp v. Reno:*

Exhibit B, MPA Confirmation for Mahmoud Khalil
Exhibit C, Identity Documents for Mahmoud Khail
Exhibit D, Notice to Appear for Mahmoud Khalil
Exhibit E, Certificate of Marriage for Mahmoud Khalil & Noor Abdalla
Exhibit F, Medical Letters for Noor Abdalla
Exhibit G, Letters of Support for Mahmoud Khalil
Exhibit H, *Castillo-Maradiaga v. Decker*, No. 21-CV-842 (KPF) (S.D.N.Y. Mar. 4, 2021) (ECF 8-1)

Executed on March 15, 2025                    /s/ Samah Sisay

New York, New York

Samah Sisay
Staff Attorney
Center for Constitutional Rights