# EXHIBIT B



March 13, 2025

To Whom It May Concern:

    This letter confirms that **Mahmoud Khalil** (████) is a student in the Master of Public Administration, Development Practice (MPA-DP) program at Columbia University's School of International and Public Affairs (SIPA).

    **Mahmoud** began studies at SIPA in the Spring 2023 semester, has completed all requirements for his degree program, and is expected to confer his degree in May of 2025.

    Thank you for your attention to this matter. Should you need further assistance, I can be reached at ████████ or ████████████████.

    Warm regards,



SIPA Office of Student Affairs

420 West 118th Street   New York, NY 10027   212-854-8690   sipa.columbia.edu

