# EXHIBIT E

| | | |
|---|---|---|
| X-2023-2 | **THE CITY OF NEW YORK**<br>**OFFICE OF THE CITY CLERK**<br>MARRIAGE LICENSE BUREAU | License Number<br>X-2023-9671 |

## Certificate of Marriage Registration

This Is To Certify That   MAHMOUD KHALIL

residing at █████████████████████████████

born on ████████   at   Sasa  Syria

and   NOOR R ABDALLA

residing at █████████████████████████████

born on ████████   at   Saginaw Michigan  United States

### Were Married

on   11/16/2023   at   The Office of the City Clerk
By SHIRLEY SAUNDERS         851 Grand Concourse
                            BRONX, NY 10451
                            United States

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Bronx                                   November 16,    23
N.Y.                                                    20

PLEASE NOTE: Facsimile Signature and seal are printed pursuant to Section 11-A, Domestic Relations Law of New York.



Michael McSweeney
City Clerk of the City of New York

CET-F

X143094