# EXHIBIT G

██████████████████████

March 14, 2025

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY

RE: Letter in Support of Mahmoud Khalil's Bail Hearing

PURSUANT TO 28 USC 1746, I HEREBY DECLARE AS FOLLOWS:

I am writing this letter in support of Mahmoud Khalil, a dear friend, respected colleague, and an outstanding student whose character and integrity I can personally attest to. My name is ████████ ████████████, and I am currently pursuing an Executive Master of Public Administration at Columbia University. I have lived in New York City since 2013, and over the past decade, I have built strong ties to this community.

Mahmoud, like me, loves New York City—especially my neighborhood, Astoria, where we often get falafel and shawarma sandwiches at his favorite restaurant, Zyara. But his deep connection to his community is especially evident in his love for Harlem. Since he was always visiting Astoria, I once tried to convince him to move closer to my neighborhood. He smiled and told me he loved Harlem too much and wanted to stay close to his community and friends. Sometimes he would joke that Astoria was too far away! I remember him once saying, *"Everyone I know is here."* That moment encapsulates who Mahmoud is—someone deeply rooted in his surroundings, dedicated to the relationships he has built, and committed to staying where he belongs.

Mahmoud is not just a friend; he is an essential part of my life and our wider community. Before he was detained, he and I had been planning a surprise baby shower for his wife, Noor. Just a week or so before, we had been chatting about the cost of strollers and tossing around baby name ideas—something that speaks to the kind of thoughtful and engaged husband he is. Mahmoud cannot be away from Noor, and he often talks about how much she means to him. With Ramadan coming to an end at the end of March, we had also planned to celebrate Eid together as we anticipate the arrival of the newest member of the Khalil family.

Mahmoud has spent holidays with my family and me. He came over to my house for Thanksgiving in 2023, and we also had a Friendsgiving at his place that year. My husband and Mahmoud play FIFA together, and when Mahmoud loses, he always blames it on the controller, insisting that one is much better than the other. On some Thursdays after my class, we would hang out—sometimes splitting a plate of nachos at our neighborhood hangout by SIPA, Arts and Crafts. These aren't just casual interactions—Mahmoud is part of the fabric of my everyday life, and he is deeply intertwined with our community. He was even planning to attend a music showcase at Columbia where my husband was set to perform—just another example of how involved he is in the lives of those around him.

One thing that has always stood out about Mahmoud is his passion for civic engagement. We have had long conversations about politics, including discussions about the upcoming New York City mayoral

election and who we thought would win. Our conversation naturally turned to voting and civic engagement, and we talked about how he would be able to vote once he became a U.S. citizen. I showed him pictures of the American flag decorations I bought for my husband's citizenship ceremony and the pictures we took in front of USCIS. I told Mahmoud I was excited to use the decorations for his own citizenship celebration one day.

Beyond our friendship, Mahmoud and I have shared major life milestones. We started our job search together, had our interviews on the same day, and received offers within a week of each other. I remember telling him how happy I was that he would be staying in the state indefinitely, and he laughed and said, *"Where else would I go?"* His words capture what I have always known—Mahmoud has built a life here, and there is nowhere else he would rather be.

Mahmoud is also actively engaged in fostering meaningful dialogue on international issues. He helped me organize a community event at the School of International and Public Affairs (SIPA), a joint conversation featuring Rashid Khalidi, a renowned Palestinian historian, and Daniel Levy, an Israeli peace negotiator. His role in bringing together respected voices from different perspectives demonstrates his deep commitment to diplomacy, intellectual rigor, and constructive engagement.

We had planned to walk in our graduation ceremony together in May (fall grads walk with spring grads in a May ceremony), and I had the idea of having a big dinner where our parents—visiting from out of town—could meet each other. I can't imagine attending graduation without Mahmoud.

Mahmoud is not a flight risk. His life, his wife, his friendships, his career, and his aspirations are all here. He has never given any indication that he would abandon them. There is no question in my mind that Mahmoud would comply with any court orders or restrictions. He is someone who deeply values responsibility and integrity, and I have no doubt that he will continue to engage with this process with the utmost respect for the law.

His absence is not only felt by his friends and family, but by the entire academic and professional community that he is a part of. Mahmoud's contributions to our shared spaces—both intellectual and social—cannot be overstated, and his detention is a loss to all of us.

For these reasons, I respectfully urge the Court to grant Mahmoud Khalil bail. He is an invaluable part of our community, and his absence is felt deeply by those who know and care about him.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MARCH 14, 2025



Thank you for your time and consideration. I sincerely appreciate the Court's attention to this matter. If the Court requires any further information, I can be reached at the contact information above.

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, New York, NY

Dear Judge Furman,

My name is ███████, and I am writing in support of my dear friend Mahmoud Khalil. I am a U.S. citizen, a human rights advocate, and a student at Columbia University's Graduate School of Arts and Sciences.

It is difficult to compose a letter that fully captures Mahmoud's character—the qualities that make him an exceptional friend, brother, spouse, and soon-to-be parent. I first met Mahmoud at the crowded home of a mutual friend. He had the demeanor of someone who was not intimidated by new social situations, and he spoke only when he had something meaningful to say. Though that characteristic has remained the same, I got to know Mahmoud better in the upcoming months.

Mahmoud is sociable, caring, and gentle. I have seen how firmly he holds his wife Noor's hand, how attentively he listens to her concerns, and how deeply he cares for her well-being. I am someone who tends to be anxious, and as you may know from recent news, Columbia University is not a calm place. Yet, I could always rely on Mahmoud to ground me. No matter how difficult a situation seemed, he could always see a way forward.

Mahmoud is always seeking the best course of action and expressing his opinions politely yet firmly. Younger students look up to him with admiration, and he has guided them with patience and kindness. He has a rare ability to build rapport with people who are drastically different—politically, personally, or otherwise. His clarity, focus, and strategic thinking made his opinions widely respected.

Mahmoud has always carried an immense sense of responsibility toward his friends and his people. He loves bringing people together, regardless of personal differences. He often hosted breakfasts at his home and dinners that stretched late into the night—always fostering a sense of community.

Mahmoud is quiet about his passions and hopes, but that does not mean he lacks them. I have seen his enthusiasm as he debated baby names, his careful balancing of school and family, and his determination to provide for his growing family despite financial difficulties. He never burdened others with his concerns—he simply focused on what he could do to improve his circumstances.

Just before his arrest, things were looking up for him. He had recently secured an amazing job with a prestigious organization, and had even signed an offer letter. I remember him nervously (yet quietly) preparing for his interview, asking me to pray for his success. He was on the verge of building the future he had worked so hard for.

I know that Mahmoud's principal concern right now is the well-being of his wife. I had been joking about babysitting their child after Noor gave birth. I never imagined that I would actually be doing so in Mahmoud's absence. I did not anticipate having to support a woman through the ordeal of childbirth without her husband by her side. I do not want to hold Mahmoud's child before he does. I do not want to know more about his baby boy before he has the chance to discover the delicate work of parenthood himself.

I urge this court to release Mahmoud and prevent the unconstitutional seizure of his rights.

I can be reached at ▮▮▮▮▮▮▮ or at ▮▮▮▮▮▮▮. My current home address is ▮▮▮▮▮▮▮.

Sincerely,

▮▮▮▮▮▮▮

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, New York, NY

March 13, 2025

Dear Judge Furman,

My name is ███████████. I am a part-time adjunct professor at Columbia University's School of International and Public Affairs (SIPA).

I am compelled to write this letter in support of Mahmoud Khalil.

I have known Mahmoud for 18 months in my capacity as adjunct professor at SIPA, both as a student and as my teacher's assistant. Mahmoud was my student in the fall of 2023 in my class that focuses on organizational strategy and design, called ███████████ a core management class taught to all graduates of the Master of Development Practice degree program.

Mahmoud was, without a doubt, one of the best students I've ever had. He excelled in class, thoughtfully contributed to class discussion, and received an A on his final, semester-long assignment, an incisive critique of and set of recommendations for the strategy of a US501(c)3 organization, ██████, whom he had worked for for five years supporting the development of Syrian youth through educational programming. We shared his final assignment with subsequent classes as a model and case study for what an exceptional analysis should look like.

My co-teacher, ███████████, and I were so impressed with Mahmoud's poise, intellect, and thoughtful leadership that we personally invited him to be our teacher's assistant the subsequent fall (2024). He was a stand-out teacher's assistant: professional, responsive, thorough, good humored, and a strong support to our ~50 graduate students from dozens of countries to help them understand the material during a rather eventful semester.

In one of our last classes in the fall of 2024, my co-teacher at SIPA and I invited him to give a guest lecture during our class on leadership to speak about his experience with the student movement on campus and leading during times of crisis. He talked about his successes and struggles in his campus activism, candidly acknowledged some mistakes made and lessons learned, and was proud to share an email the Columbia

administration had sent to the entire campus community that the conversations that Mahmoud was engaging in on behalf of the student groups "constructive dialogue."

Mahmoud has been a tremendous benefit to my classroom. Upon the completion of his studies in December, I had been looking forward to seeing Mahmoud's development as a leader, and hearing much more of his unique and nuanced voice in these extraordinarily complicated and contentious times.



Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, New York, NY

Dear Judge Furman,

I am writing in support of Mahmoud Khalil. My name is ▮▮▮▮▮▮▮▮ and I am an American Jewish woman who believes in the importance of Israel as a Jewish homeland. I have known Mahmoud Khalil for over two years, since January 2023 as his professor, colleague, and friend. I have always known Mahmoud as someone working to be part of the solution towards a peaceful resolution to the conflict in Palestine and Israel. He is committed to peaceful development which is also what our graduate program – the Master of Public Administration in Development Practice (MPA-DP)– trains students on.

I have known Mahmoud in my capacity as his Professor at Columbia University for two semesters ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and then as his supervisor in his role as a Teaching Assistant for the course ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. In between semesters I also interacted with Mahmoud, due to his role as a Program Assistant for the MPA-DP program which I am affiliated with as a Professor and alumna.

I have worked with Mahmoud and directly seen and graded his work. This work has demonstrated a deep and persistent commitment to humanitarian principals and doing work that contributes to peace and stability. Both semesters when he was my student, he focused his semester long project assignments on a non-profit organization (▮▮▮▮, where he also previously worked) providing education services to refugees. I had many conversations with him about how to deepen educational impact and ensure that refugees would have real economic opportunities to escape cycles of violence and poverty.

When it came time to choose a Teaching Assistant for the Fall 2024 iteration of the course, I sought out Mahmoud to apply to the position. His deep expertise with organizational management with international development organizations, his high standards for quality work, as well as his integrity were all reasons I thought he would make a great TA. He effectively served the class and students throughout the semester even as he navigated both global and campus events that were directly impacting him and his family.

I can state with full confidence that Mahmoud has never expressed support for Hamas, nor has he ever endorsed any form of extremism. Over the course of our extensive interactions, I have had numerous conversations with him about human rights, justice, and the student protests and I can personally attest to his commitment to nonviolence.

In terms of the campus protests, Mahmoud was my student as these events unfolded and was in the process of being hired as our Teaching Assistant as the encampment was being established. I directly spoke to him about the encampment and Mahmoud

emphasised the protesters commitment to peace and non-violence. Mahmoud explained how the student movement was ensuring that Jewish voices were part of conversations and space. He was committed to dialogue and partnership with Jewish voices throughout his time on campus, one example of this was sharing a Jewish Sukkot event with me that he was attending put on by Jewish and Palestinian students on October 16th, 2024.

As our TA in Fall 2024 for a course for which Leadership was a key theme, he clearly spoke about the challenges of being seen as a leader of leaderless student movement. Many things have been incorrectly attributed to him in the media.

Mahmoud has always worked to be part of the solution towards a peaceful resolution to the conflict in Palestine and Israel. He is committed to peaceful development which is also what our graduate program – the Master of Public Administration in Development Practice – trains students on. Choosing to do this program, which trains students for public sector and public interest work also demonstrates his commitment to these issues. Everything he has ever worked on professionally and academically demonstrates his commitment to humanitarian principals including justice, peace, and development.



████████, March 14th, 2025

████████████████████████████████████

████████████
████████
████████████████
████████████████
██████

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, New York, NY 10007

**RE: Unwavering, Unconditional Letter of Support for Mahmoud Khalil**

To the Honorable Judge Furman,

I write this unconditional, unqualified letter of support for Mahmoud Khalil in the strongest of terms. My name is ▇▇▇▇▇▇▇ and I am an alum of Columbia Law School '24 and Harvard College '18. I am currently admitted to practice law in the great State of California and am a Deputy Public Defender in Los Angeles County. I have had the distinct pleasure and honor of knowing Mahmoud Khalil since 2023, and I am confident in saying that he is one of the most genuinely caring, responsible, and upstanding individuals I have ever met. I have been able to observe his character and actions both in personal and professional contexts.

From the very first moment I met Mahmoud Khalil, I could see his strong commitment to justice and doing the right thing. Whether in his personal life, professional endeavors, or within the community, he consistently demonstrates unwavering integrity and kindness. He is always willing to lend a helping hand and put others first. But do not just take it from me. Mahmoud is universally regarded across the Columbia campus community as a trustworthy and caring individual. I still remember how in a moment of disagreement between several individuals, Mahmoud invited everyone to his home to break bread. He generously opened his home, his kitchen, and his heart and lent his strong mediation skills to foster trust and repair bonds. He is a great cook on top of everything!

Mahmoud is a bridge builder. He dreams of one day working as a diplomat for the United Nations. He dreams of a peaceful world where every person, regardless of who they are, can live with full citizenship and grow up with dignity, health, and love. What a gift he is to the world!

What a blessing it is to be in relationship with him! I am honored to be his colleague, and most importantly, his friend. While I am now over 3000 miles away on the opposite coast, I will never forget Mahmoud's smile. While he is serious in work contexts, his warmth and laughter reminds me that I will always have a safe refuge in him.

I urge you to release Mahmoud from his unjust incarceration. What is at stake is not just the liberty of a soon-to-be father, beloved community member, and cherished friend. It is the very integrity of the U.S. Constitution itself and the promise it holds.

DATED: March 13, 2025                                    Respectfully submitted,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

*Admitted to the State Bar of California

March 13, 2025

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, New York, NY

Dear Judge Furman:

It is my privilege to write to you to attest to the sterling character of Mahmoud Khalil.

My name is ▮▮▮▮▮▮▮▮. I am a U.S. citizen, 39 years old, and residing in Washington, D.C. where I am on a domestic tour with the ▮▮▮▮▮▮▮▮—I am a commissioned member of ▮▮▮▮▮▮▮▮. I was previously posted to the U.S. embassy in Gaborone, Botswana as Deputy Public Affairs Officer and to the Embassy Branch Office in Tel Aviv as a vice consul adjudicating non-immigrant visa applications. I chose government service because of a belief in the founding ideals of the United States and their power to inspire.

In the summer of 2016, I met Mahmoud Khalil in Beirut, Lebanon when he organized and led a three-week volunteer trip to the Beqaa Valley as part of his work with ▮▮▮▮ a U.S.-registered nonprofit providing education to Syrian children. I chose to volunteer with ▮▮▮▮ because of its association with the Institution of International Education, my former employer and U.S. State Department partner.

Mahmoud capably led a religiously diverse international cohort of volunteers including Americans (among whom was his future wife Noor), Europeans, Syrians, and Lebanese to support victims of the Syrian war, including those harmed by Assad regime and groups aligned with the Islamic State of Iraq and Syria (ISIS). He was affable and unfailingly kind, which served him as he deftly navigated sectarian identities among not only the refugee community we worked with, but among our own volunteers. While each of the ▮▮▮▮ organizers led with professionalism and integrity, driven by a commitment to peace and countering the harm done by war, Mahmoud stood out especially for his charm and sense of humor. In tasks big and small—working with refugee children whose parents had been killed or were missing due to violence by the Assad regime or ISIS, matching skills to tasks at the school, seeing to volunteer housing arrangements—he was always, simply put, genuinely *nice*; an unruffled problem solver. I believe that Mahmoud has a deep respect for children and human rights because of his dedication to helping refugees.

After three weeks of spending everyday together, our group became tightly knit, and Mahmoud is one of several people I have maintained a friendship with over the years from that time. We are scattered around the world, but meet in various countries, sending photos to the group when any combination of us meets up.

During a difficult stretch of my tour at the U.S. embassy in Botswana following the loss of my stepfather, my conversations with Mahmoud were a comfort. He drew on one such chat to thoughtfully send a book of poetry. Just one of many examples of his profound kindness and sense of compassion.

I was thrilled when I heard he would be coming to New York to further his studies, which allowed me to finally catch up with him in person in late 2023, when he was interning for United Nations Relief and Works Agency (UNRWA) while I was up to staff the UN General Assembly. He was as upbeat and positive as ever. Having him a train ride away instead of oceans, has meant getting to see him more easily, most recently in January of this year, when I also got to catch up with his wife, Noor, for the first time since they had gotten married. Despite the difficult context of the escalation in violence precipitated by the events of October 7, 2023, Mahmoud's passion for serving others, advocating for peace, compassion for children who have lost their parents, refugees, and his positivity remained intact.

My ongoing employment with the U.S. government and posting in Israel never impeded our friendship or diminished the warmth between us. Knowing Mahmoud's commitment to peace, I never doubted for a second his concern for my safety when I was repeatedly taking shelter during the Hamas attacks on Tel Aviv in May 2021.

In our conversations about his principled opposition to the actions of the Israeli government in Gaza, not once did he express anything remotely like antisemitism. Mahmoud never said anything to make me believe that he supports Hamas or any other terrorist organization, and I have no doubt he wants to see the hostages taken on October 7th released to their families. I have never heard Mahmoud advocate for violence against anyone.

I eagerly look forward to getting to meet my dear friend's firstborn when time and geography allow. That child will be lucky to be raised by two fundamentally decent, kind, and deeply moral people who I am proud to have called friends for almost a decade.

I, ███████████, under penalty of perjury, do hereby affirm that the foregoing information is true and correct to the best of my knowledge.

**Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, New York, NY**

**Dear Judge Furman,**

My name is ███████████ and I am writing this letter in support of Mahmoud Khalil. I am currently a junior at Columbia University. I grew up in Forest Hills, Queens, raised by my Jewish mother and my American father. From a young age, I was taught the importance of higher education in shaping a well-rounded individual. My father, ████████, exemplified this belief—he graduated from Harvard in 1993, becoming the first in our family to attend an Ivy League institution.

Judaism has always been central to my identity. I attended Jewish preschool, went to Hebrew school multiple times a week until my Bar Mitzvah in 2017, celebrated Shabbat every Friday, and was raised with strong Jewish values. I emphasize this not to exaggerate or embellish, but to paint a clear picture of who I am. My Jewish identity is deeply meaningful to me, and in these past 16 months—an incredibly difficult time for the Jewish people—having a strong support system of kind, understanding, and respectful individuals has been more important than ever. Mahmoud is exactly that.

From the moment I met Mahmoud 16 months ago, he has been nothing short of a selfless friend and an inspiring mentor. I clearly remember one of our first encounters at a peaceful rally on October 12, 2023. Despite how such events are often misrepresented in the media, this rally was a calm and peaceful demonstration in support of Palestinian rights. Mahmoud took on a protective security role that day, ensuring students were safe from any physical or verbal threats. When people hurled insults and profanities at me and my classmates, Mahmoud was the first to step in and de-escalate the situation. He never raised his voice, never used harsh language, never resorted to aggression—he spoke calmly and respectfully, shielding students, including me, a Jewish student, from harm. He put himself between me and an aggressor, prioritizing my safety over his own. That is not the behavior of an antisemite—that is the behavior of an ally and a friend.

In the weeks that followed, I spent many late nights with Mahmoud at friends' apartments, getting to know him and hearing his incredible story—one that led him to work at the U.N. During this time, he also began attending Shabbat dinners I hosted with my friends. He would often bring a dish or a bottle of kosher wine to contribute, embracing the tradition with genuine curiosity and respect. He actively listened to the prayers, enthusiastically engaged with Jewish culture, and always approached our traditions with kindness.

At a later protest in November, I witnessed firsthand Mahmoud's unwavering commitment to protecting Jewish students. When an unaffiliated individual began shouting antisemitic slogans, Mahmoud was the first to intervene, immediately de-escalating the situation and ensuring the safety of those present. This came as no surprise—I already knew that Mahmoud was someone I could trust to stand up for me and my community.

Over the months, our friendship deepened. We shared meals, laughs, and countless memories. Mahmoud was not just a source of strength and support in my life but in the lives of so many others. He was always there—a shoulder to cry on, a friend to lean on, and a wise and compassionate presence in our community.

Mahmoud has done nothing that I have not done. He has committed no crime, nor has he ever advocated for anything that I have not also stood for. For that reason, I urge you to support his release.

Sincerely,



**Friday, March 14th**

With greatest respect,



Honorable Jesse M. Furman

United States District Judge

Southern District of New York

Thurgood Marshall Courthouse

40 Centre Street New York

Dear Judge Furman,

My name is ▮▮▮▮▮▮▮▮▮▮, I am a Jewish student at Columbia University writing in support of my friend, Mahmoud Khalil. I am writing this letter because I know that if I ever needed him to do it for me, he would, and so much more, because that's the kind of person Mahmoud is. We know each other through sharing space more times than I can count, at protests and at community events and at concerts and Shabbats. He is someone who I trust implicitly. He is someone who always puts himself between those around him and danger, and he does it without thinking and without flinching. He does it even with people who he doesn't know well. We're not best friends but I know that if I was in danger, Mahmoud would do everything in his power to protect and help me—as lead negotiator during the encampment this is exactly what he did, protecting me and so many other student protestors who were being punished for speaking up against genocide. This letter is the least I can do for someone who has always selflessly and courageously put others before himself. I can't believe that it's precisely because of these incredible qualities he is being punished in this way. Mahmoud has protected Jewish students at Columbia like myself more than the university ever has. He has even protected us from the university itself. To punish him under the pretence that this kind, brave, gentle person somehow endangered us is the most egregious lie I've ever heard. His strength is only matched by his calmness even in the most stressful circumstances. I've never heard him raise his voice except at protests. I can't describe the sense of immediate comfort that one felt in his presence, and every minute I think of him detained, it hurts.

Please help Mahmoud.

**EXECUTED ON Friday March 14th**





Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, New York, NY

To the Honorable Judge Furman,

My name is ▇▇▇▇▇▇▇, and for the past two years I have known and worked with Mahmoud Khalil on a number of occasions since meeting him as a graduate student at Columbia University. For over a year, Mahmoud and I served on the leadership board of the Columbia SIPA Palestine Working Group, a student-led organization promoting policy-related dialogue about Palestine. During this time, *he clearly and unequivocally, on multiple occasions, refused to endorse extremism in any form*. In the many, many hours spent discussing politics and Palestinian human rights issues, he never once suggested any sympathies for Hamas. I firmly stand behind this statement, to which I affix all credibility as a political science educator, a former United States Army officer, and combat veteran.

Since October 7, 2023, I have watched Mahmoud and other Arab colleagues at Columbia be subjected to the same refrain countless times: "do you condemn Hamas?". Myself and other classmates, however, were asked this to a far lesser degree. There was, and continues to be, an outsized onerous on Arab and Muslim students to repeatedly verbalize their condemnation of Hamas, as if their identity and dedication to basic human rights can only exist within the framework of violent extremism. Despite this unfair treatment, at every turn Mahmoud always answered by condemning extremism in all its forms. In the many times I have observed Mahmoud in incredibly contentious situations, he unwaveringly exuded calm, kindness, and an earnest desire for civil dialogue. In fact, many of us began lovingly calling him "Abu Khalil," or "father Khalil", reflective of his discerning, introspective leadership.

His erstwhile commitment to cross-party dialogue is so widely regarded among the student body, he was chosen from among his peers to represent Columbia's Gaza solidarity encampment (a peaceful, interfaith protest camp) as our lead negotiator. In this capacity, I

personally witnessed him serve as the epitome of leveled, good-faith dialogue for weeks. These are not the qualifiers of someone posing a threat to our national security. I would have been incredibly lucky to have someone as discerning as Mahmoud in my platoon during Operation Inherent Resolve, and I urge you to agree that that the United States will only be a more dangerous place if we forcibly remove young political voices committed to peace.

I certify that the foregoing is true and correct. Executed on (3/14/2025).

