

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 17, 2025

By ECF
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Khalil v. Joyce*, 25-cv-1935 (JMF)

Dear Judge Furman:

    This Office represents the government in this case. We write respectfully, with the consent of Petitioner's counsel, to request that the Court grant the government leave *nunc pro tunc* to file an oversized reply brief in further support of its motion to dismiss or transfer. Your Honor's individual rules set the limitations for such briefs at 3,500 words, and the government's reply brief is approximately 900 words over that limit (at 4,395 words). We apologize for exceeding the Court's word limit, and for this belated request.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

By:    */s/ Brandon M. Waterman*
    JEFFREY OESTERICHER
    BRANDON M. WATERMAN
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2695/2743

cc: Counsel of Record (by ECF)