UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>　　　　　　　　　Respondent. | MOTION FOR ADMISSION<br>PRO HAC VICE<br><br>No. 25 Civ. 1935 |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sidra Mahfooz hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 2025

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　/s/ Sidra Mahfooz

　　　　　　　　　　　　　　　Sidra Mahfooz

　　　　　　　　　　　　　　　American Civil Liberties Union Foundation,

　　　　　　　　　　　　　　　125 Broad Street, 18th Floor

　　　　　　　　　　　　　　　New York, NY 10004

　　　　　　　　　　　　　　　Phone:(212)549-2500

　　　　　　　　　　　　　　　smahfooz@aclu.org