UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL<br><br>                           Petitioner,<br><br>      v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>                           Respondents. | **AFFIDAVIT OF SIDRA MAHFOOZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 25-cv-1935 |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Sidra Mahfooz, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Petitioner, Mahmoud Khalil, in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of New York.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 13th date of March, 2025.

                                      Respectfully Submitted,

                                      _/s/ Sidra Mahfooz_

                                      Sidra Mahfooz
                                      American Civil Liberties Union Foundation
                                      125 Broad Street, 18th Floor
                                      New York, NY 10004
                                      Phone: (212) 549-2500
                                      smahfooz@aclu.org

Subscribed and sworn to or affirmed before me 13th of March in the year of 2025

_/s/ Lindsey Kaley_

Lindsey Breton Kaley
Notary Public, State of New York
No. 01KA6320437
Qualified in Kings County
Commission Expires Mar. 02 2027