UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM P. JOYCE et al.,<br><br><br>　　　　　　Respondent. | [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE<br><br>No. 25 Civ 1935 |

　　　The motion of Sidra Mahfooz, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

　　　Ms. Mahfooz has certified that she is a member in good standing of the bar of New York (active); and that her contact information is as follows:

　　　Sidra Mahfooz
　　　American Civil Liberties
　　　Union Foundation
　　　125 Broad Street
　　　New York, NY 10004
　　　Phone: (212) 549-2500
　　　smahfooz@aclu.org

　　　Ms. Mahfooz having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Ms. Mahfooz is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated:

_____
Honorable Valerie Caproni
United States District Court Judge