UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>　　　　　　　　　　Respondents. | **AFFIDAVIT OF TYLER TAKEMOTO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 25-cv-1935 |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Tyler Takemoto, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Petitioner, Mahmoud Khalil, in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 13 date of March, 2025.

Respectfully Submitted,

_____
Tyler Takemoto
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
ttakemoto@aclu.org

March 13, 2025

_____
Notary Public

ELIZABETH HUL GYORI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GY6419377
Qualified in Kings County
My Commission Expires 07-06-2025